UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: STEPHEN COATS | Chapter 13 Bankruptcy |
| Debtor. | Case No. 21-21417 GMH |

## CERTIFICATION OF DEFAULT

The undersigned certifies as follows:

1. The Chapter 13 Standing Trustee previously filed a Motion to Dismiss the above referenced case.

2. An Order Denying Trustee's Motion to Dismiss was signed on November 30, 2022.

3. The Order required the debtor to pay $99.00 weekly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, commencing with December 2021 through and including May 2022. Should the debtor fail to make the equivalent of one monthly payment in that amount on or before the last day of each month, the Order provided that the Trustee could submit a Certification of Default and an Order Dismissing Case without further hearing.

4. The debtor has failed and neglected to make the required payments. All payments received by the Trustee for this case in the last twelve (12) months appear in the table below. If necessary, an appropriate staff member from the Office of the Chapter 13 Trustee would testify that this information is contained in the business records of the Trustee.

| Transaction Date | Check Number | Amount | Source |
|---|---|---|---|
| 2021-07-07 | 138376 | $99.00 | Employer Check |
| 2021-07-13 | QPS EMPLO 38523 | $99.00 | Employer Check |
| 2021-07-20 | QPS EMPLO 38633 | $49.06 | Employer Check |
| 2021-08-03 | QPS EMPLO 38850 | $99.00 | Employer Check |
| 2021-08-16 | QPS EMPLO 39118 | $50.70 | Employer Check |
| 2021-08-20 | 139409 | $46.35 | Employer Check |
| 2021-11-23 | QPS EMPLO 41449 | $99.00 | Employer Check |

| Transaction Date | Check Number | Amount | Source |
|---|---|---|---|
| 2021-11-30 | QPS EMPLO 41691 | $86.36 | Employer Check |
| 2021-12-07 | QPS EMPLO 41750 | $36.22 | Employer Check |
| 2021-12-13 | QPS EMPLO 41922 | $84.63 | Employer Check |
| 2021-12-21 | QPS EMPLO 42083 | $99.00 | Employer Check |
| 2021-12-30 | QPS EMPLO 42246 | $99.00 | Employer Check |
| 2022-01-03 | QPS EMPLO 42365 | $99.00 | Employer Check |
| 2022-01-11 | QPS EMPLO 42476 | $99.00 | Employer Check |
| 2022-01-25 | QPS EMPLO 42615 | $99.00 | Employer Check |
| 2022-01-25 | QPS EMPLO 42760 | $114.00 | Employer Check |
| 2022-02-03 | QPS EMPLO 42928 | $114.00 | Employer Check |
| 2022-02-14 | QPS EMPLO 43086 | $114.00 | Employer Check |
| 2022-02-23 | QPS EMPLO 43203 | $114.00 | Employer Check |
| 2022-02-24 | QPS EMPLO 43338 | $114.00 | Employer Check |
| 2022-03-01 | 1400955690 | $100.00 | Money Order |
| 2022-03-01 | QPS EMPLO 43444 | $114.00 | Employer Check |
| 2022-03-10 | QPS EMPLO 43627 | $46.22 | Employer Check |

| Transaction Date | Check Number | Amount | Source |
|---|---|---|---|
| 2022-03-15 | 1400964032 | $100.00 | Cashier's Check |
| 2022-03-23 | 15034859 | $100.00 | Money Order |
| 2022-04-11 | 1400958047 | $300.00 | Money Order |
| 2022-04-25 | 7044981 | $274.00 | Money Order |

5.  This certification is made in support of an Order Dismissing Case.

/s/_____
Sally Kasik
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
 (414) 271-3943

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: STEPHEN COATS | Chapter 13 Bankruptcy |
| Debtor. | Case No. 21-21417 GMH |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the **CERTIFICATION OF DEFAULT** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system in the date of the electronic signature affixed hereto:

    OFFICE OF THE U.S. TRUSTEE

    LOMBARDO LAW OFFICE

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

    STEPHEN COATS
    6129 W. CALMUMET RD.
    MILWAUKEE, WI 53223

/s/_____
Sally Kasik
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943